1 Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
2 Kelly McInerney, Esq. (200017)
kelly@mcinerneylaw.net
3 Charles A. Jones, Esq. (224915)
4 caj@mcinerneylaw.net
MCINERNEY & JONES
5 18124 Wedge Parkway #503
Reno, NV 89511
6 Telephone: (775) 849-3811
7 Facsimile: (775) 849-3866

8 James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
9 Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
10 DOSTART CLAPP & COVENEY, LLP
11 4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
12 Telephone: (858) 623-4200
Facsimile: (858) 623-4299
13

14 *Attorneys for Plaintiff*

15

16 UNITED STATES DISTRICT COURT

17 NORTHERN DISTRICT OF CALIFORNIA

18 DARREN ESTES, | Civil Case No. 3:10-cv-01576 EMC
19  Plaintiff,
20  v. | **STIPULATION OF DISMISSAL**
21 WELLS FARGO BANK, N.A.,
22  Defendant.

1  STIPULATION OF DISMISSAL

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). |

Dated: January 23, 2012

Kevin J. McInerney
*Attorney for Plaintiff*

Dated: January 17, 2012

Lindbergh Porter, Jr.
*Attorney for Defendant*

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

2     STIPULATION OF DISMISSAL

**PROOF OF SERVICE**
*Estes v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California**
Case No. 3:10-cv-01576 EMC

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On January 24, 2012, I served the foregoing document(s) described as:

    STIPULATION OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq. | James F. Clapp, Esq. |
| lporter@littler.com | jclapp@sdlaw.com |
| Richard H. Rahm, Esq. | Zachariah P. Dostart, Esq. |
| rrahm@littler.com | zdostart@sdlaw.com |
| LITTLER MENDELSON, PC | DOSTART CLAPP & COVENEY, LLP |
| 650 California St., 22nd Floor | 4370 La Jolla Village Drive, Suite 970 |
| San Francisco, CA 94108 | San Diego, CA 92122 |
| Telephone: (415) 433-1940 | Telephone: (858) 623-4200 |
| Facsimile: (415) 399-8490 | Facsimile: (858) 623-4299 |

XX   By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 24, 2012 at Reno, Nevada.

                                                            Jennifer Smith